UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON ISAKOV, on behalf of himself and all
others similarly situated,

                           Plaintiff,

                      v.

LITTLE BEET TABLE, LLC,

                           Defendant.

No. 25-CV-1594 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 6, 2025, Plaintiff filed proof of service with the Court, indicating that Defendant was served on March 4, 2025. Defendant, however, has not appeared and the parties have not complied with the Court's February 28, 2025 Order, requiring them to file a joint letter with the Court within 45 days of service of the summons and Complaint. *See* ECF No. 5. On April 17, 2025, Plaintiff filed a letter with the Court asserting that Defendant had not responded to the Complaint or communicated with Plaintiff and that, if Defendant did not do so, Plaintiff intended to seek a default judgment. ECF No. 7. It is hereby:

ORDERED that Defendant shall answer or otherwise respond to the Complaint no later than May 5, 2025.

IT IS FURTHER ORDERED that the parties shall file a joint letter in compliance with the Court's February 28, 2025 Order no later than May 7, 2025, unless Defendant has not filed an appearance with the Court or communicated with Plaintiff by the same date, in which case Plaintiff is relieved of its obligation to comply with the Court's February 28 Order.

IT IS FURTHER ORDERED that, if Defendant does not answer or otherwise respond and Plaintiff wishes to seek default judgment, Plaintiff shall move for default judgment, in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rule 55.2, as well as Rule 4(F) of this Court's Individual Rules & Practices in Civil Cases, no later than May 12, 2025.

IT IS FURTHER ORDERED that Plaintiff shall serve Defendants with a copy of this Order and

file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:      April 18, 2025
               New York, New York

Ronnie Abrams
United States District Judge