UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMON ISAKOV, on behalf of himself
and others similarly situated,

                          Plaintiff,

       v.

LITTLE BEET TABLE, LLC,

                          Defendant.
-----------------------------------------------------------X

Case No.: 25-CV-1594

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SIMON ISAKOV ("Plaintiff") and Defendant LITTLE BEET TABLE, LLC ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
         June 26, 2025

EQUAL ACCESS LAW GROUP, PLLC

By: _____
Michael H. Cohen, Esq.
*Attorneys for Plaintiff*
68-29 Main Street
Flushing, New York 11367
Email: mcohen@ealg.com

KAUFMAN DOLOWICH, LLP

By: _____
Melissa Cartaya, Esq.
*Attorneys for Defendant*
245 Main Street, Suite 330
White Plains, New York 10601
Email: mcartaya@kaufmandolowich.com

**SO ORDERED:**

_____
HON. Ronnie Abrams
United States District Judge

Dated: June 30, 2025

10